UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ABDULJABBAR QURAISH,　　　　　　　　　11-cv-05616-WFK-RER

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　**ORDER**

-vs-

OSG SHIP MANAGEMENT, INC.,

　　　　　Defendant.
-----------------------------------------------------------X

　　　　IT IS HEREBY ORDERED that this action is reinstated.


DATED: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE